# EXHIBIT 4

Declaration of Randy C. Frisch
President of Bastyr University

**Caleb Crahan** (OSB No. 226470)
ccrahan@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6477

**Ollie A. Cleveland, III** (*pro hac vice* forthcoming)
tcleveland@thompsoncoburn.com
**Brandt P. Hill** (*pro hac vice* forthcoming)
bhill@thompsoncoburn.com
**Lorrie L. Hargrove** (*pro hac vice* forthcoming)
lhargrove@thompsoncoburn.com
THOMPSON COBURN LLP
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
Telephone: (205) 769-4303

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| ASSOCIATION OF ACCREDITED NATUROPATHIC MEDICAL COLLEGES; AMERICAN ASSOCIATION OF NATUROPATHIC PHYSICIANS; and NATUROPATHIC MEDICAL STUDENT ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 3:26-cv-1599<br><br>**DECLARATION OF RANDY C. FRISCH, President of Bastyr University**<br><br>**In Support of Plaintiffs' Motion for Preliminary Injunction** |

I, Randy C. Frisch, declare as follows:

1. I am currently employed by Bastyr University as its President, and I make this declaration in that official capacity. I have been employed in this role since July 1, 2026.

2. I have served as Chief Administrative Officer of Bastyr University since 2025. Prior to working at Bastyr University, I was president of City University of Seattle for eight years.

3. My current job responsibilities as president include ensuring the institution is financially viable, students are provided an excellent education in our various programs, and ensuring faculty and staff are adequately compensated.

4. I am above the age of eighteen and have personal knowledge of the facts set forth herein.

**Bastyr University**

5. Bastyr University is a private, non-profit institution of higher education located in Kenmore, Washington, with an additional campus in San Diego, California.

6. Bastyr University is licensed by the State of Washington and the State of California and is institutionally accredited by the Northwest Commission on Colleges and Universities (NWCCU) regional accrediting agency recognized by the U.S. Department of Education.

**The ND program at Bastyr University**

7. Among other programs, Bastyr University offers a four-year and three-year post-baccalaureate Doctor of Naturopathic Medicine (ND) program that prepares graduates for a national board examination and enables them to pursue licensure as a naturopathic doctor. The two programs are identical in the academic and clinical requirements set forth below, with the three-year program condensing those requirements into three years by eliminating summer and other breaks.

8. Bastyr's ND program is accredited by the Council on Naturopathic Medical Education ("CNME"), a programmatic accrediting agency for naturopathic medical education programs recognized by the U.S. Department of Education.

9. Bastyr University maintains ongoing compliance with CNME accreditation standards through periodic review and continuous oversight.

10. The ND program provides 4,104 hours of total instruction, including 1,220 hours of hands-on clinical training. Students complete courses in biomedical and diagnostic sciences – which include physical diagnosis, clinical diagnosis, laboratory diagnosis and interpretation, diagnostic imaging, pathology, immunology, infectious disease, internal medicine, family medicine, emergency medicine, psychopathology, and supervised clinical diagnostic training involving patient assessment, differential diagnosis, documentation, referral, and follow-up – emergency medicine, medical procedures, pharmaceutical management, and natural therapeutics.

11. Graduates of our ND program are eligible to sit for the Naturopathic Physicians Licensing Examination ("NPLEX"). The NPLEX is a comprehensive, two-part, national board examination that tests understanding of biomedical and clinical sciences, as well as diagnostic and therapeutic knowledge. Every jurisdiction in the United States that licenses naturopathic medical doctors for practice requires that the applicant pass the NPLEX.

12. Graduating from an accredited naturopathic medicine program and passing the NPLEX are conditions of licensure to practice as a naturopathic doctor in 26 separate U.S. jurisdictions, including 23 states, the District of Columbia, Puerto Rico, and the U.S. Virgin Islands.

13. Upon passing the NPLEX, an individual is required to pass examinations specific to the jurisdiction in which they seek to obtain a license and practice as a naturopathic doctor.

14. Naturopathic doctors are trained to be primary care providers who diagnose, treat, and manage care for patients suffering from acute and chronic conditions.

15. Graduates of the Bastyr University ND program currently are licensed naturopathic doctors in 26 U.S. jurisdictions.

**Title IV Student Loan Participation**

16. Bastyr's ND program requires a substantial financial investment. Annual tuition and fees for our ND program is approximately $60,707 for the 2026-2027 academic year, which begins on Sept 24, 2026. Additional costs and expenses for books, and supplies range between $1,350 and $3,800 annually, not including housing. Optional on-campus student housing is $16,195 annually. Thus, the total annual cost of attendance for the 2026-2027 academic year is expected to be approximately $64,507 plus housing and living expenses. The total cost of attendance to complete all four or three years of the ND program often exceeds $171,920. Bastyr University participates in federal Title IV financial aid programs, which allow eligible students to use federal student loans to help fund their education.

17. Federal Title IV student loans are a primary source of educational financing for students enrolled in Bastyr's ND program, and a significant percentage of our current students, approximately 93 percent, rely on Direct Loans to fund their education.

**The Harm Caused by the Final Rule**

18. Pursuant to the One Big Beautiful Bill Act (OBBB), beginning July 1, 2026, there are new annual and aggregate limits of Federal Direct Unsubsidized Loans that are available to "graduate students" and to "professional students."

19. Historically, federal regulations did not draw a line between a graduate degree and a professional degree for federal student loan limits purposes.

20. Under OBBB, however, beginning July 1, 2026, the annual limit of Direct Unsubsidized Loans is $20,500 for graduate students, and $50,000 for professional students. The aggregate limit of Direct Unsubsidized Loans for graduate students is $100,000, and the aggregate limit for professional students is $200,000.

21. Pursuant to a new final rule issued by the U.S. Department of Education on May 1, 2026, effective July 1, 2026, new students in our ND program would not qualify as professional students on the basis that the Doctor of Naturopathic Medicine (ND) degree does not qualify as a "professional degree."

22. As a result, new students who enroll in our ND program on or after July 1, 2026, will be subject to a lower annual and aggregate Direct Unsubsidized Loan limit compared to "professional students" in "professional degree" programs. Specifically, students in our ND program can borrow $29,500 less per year, and $100,000 less in the aggregate, than students in a "professional degree" program.

23. Because of the lower cap on Direct Unsubsidized Loans, ND program enrollment is likely to decline because tuition and fees, and related expenses, exceed available financial aid options.

24. Private loans are far less attractive than Direct Unsubsidized Loans to students because private loans typically carry higher interest rates and offer fewer borrower protections. Unlike federal loans, private loans also often lack deferment options that allow graduates time to secure employment before payments are due. Repayment options for private loans are likely to be more limited and less flexible compared to federal loans. And private loans are also not eligible for all federal loan forgiveness programs. Many private loans also require a co-signor, and some of our students simply do not have one and thus are not able to obtain private loans.

25. Bastyr University does not have adequate alternative sources of funding, such as private scholarships, to make available to students.

26. Bastyr University has seen a decline in applications for Fall 2026 of more than 20% from Fall 2025.

27. Several prospective students who were planning to enroll in Bastyr's ND program for the upcoming academic year are unable to proceed with enrolling due to funding shortfalls caused by the Department's failure to recognize ND programs as professional degree programs.

28. Despite having a clear enrollment plan and meeting necessary academic requirements, these students have been forced to defer or withdraw admission entirely due to a financing gap caused by ND programs not being considered professional degree programs.

29. In addition, some students in our ND program who had enrolled prior to July 1, 2026 are not "grandfathered" in, and thus are ineligible for the higher limits as of July 1, 2026, because of a prior gap in enrollment status, or because they did not borrow a federal student loan prior to July 1, 2026, or otherwise. Many of these students need to borrow loans at the professional degree loan limits to finish their ND program. As fewer students are able to afford enrollment in our ND program despite meeting academic qualifications and having planned educational pathways, Bastyr University's enrollment will decline and faculty and staff will lose their jobs. The ND program may need to be discontinued.

30. Further, Bastyr University will face declining enrollment in the ND program that will adversely affect our other programs. A decline in enrollment results in institution costs being spread across fewer students. The cost to the remaining students then increases, which then adversely affects those other programs.

**Membership in AANMC**

31. Bastyr University has been a member of the Association of Accredited Naturopathic Medical Colleges (AANMC) since 2001, and pays annual dues to AANMC.

32. AANMC provides Bastyr University with substantial services and benefits, including academic and curriculum support, admissions and marketing guidance, and administration of the naturopathic residency application and match process. AANMC serves as the official representative for naturopathic medical education with internal and external stakeholders. Bastyr currently pays approximately $60,000 in annual dues to AANMC. Those dues are based in part on enrollment in Bastyr's Doctor of Naturopathic Medicine program. Accordingly, if enrollment declines as anticipated because of the Rule, Bastyr's dues obligation to AANMC will likewise decline, reducing AANMC's revenue and impairing its ability to carry out its mission on behalf of Bastyr and its other member institutions.

33. Bastyr University has also been annually contributing $6,000 in dues to the American Association of Naturopathic Physicians (AANP). Declining enrollment will lead to Bastyr not being able to afford the same level of dues that it previously has been paying to AANP.

34. AANP also provides Bastyr various services and benefits, including data collection regarding the practice of naturopathic doctors across the United States, information about state and federal legislation and regulations that apply to graduates of our ND program, and litigation that may impact the University or our graduates.

I, Randy C. Frisch, declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2026.

Randy C. Frisch, President