# EXHIBIT 5

Declaration of Melanie Henriksen
President/CEO of National University of Natural Medicine

**Caleb Crahan** (OSB No. 226470)
ccrahan@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6477

**Ollie A. Cleveland, III** (*pro hac vice* forthcoming)
tcleveland@thompsoncoburn.com
**Brandt P. Hill** (*pro hac vice* forthcoming)
bhill@thompsoncoburn.com
**Lorrie L. Hargrove** (*pro hac vice* forthcoming)
lhargrove@thompsoncoburn.com
THOMPSON COBURN LLP
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
Telephone: (205) 769-4303

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| ASSOCIATION OF ACCREDITED NATUROPATHIC MEDICAL COLLEGES; AMERICAN ASSOCIATION OF NATUROPATHIC PHYSICIANS; and NATUROPATHIC MEDICAL STUDENT ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 3:26-cv-1599<br><br>**DECLARATION OF MELANIE HENRIKSEN, President/CEO of National University of Natural Medicine**<br><br>**In Support of Plaintiffs' Motion for Preliminary Injunction** |

I, Melanie Henriksen, ND, LAc, CNM declare as follows:

1. I am currently employed by National University of Natural Medicine (NUNM) as President/CEO. I have been employed in this role since November, 2020. I make this declaration in my official capacity as the President/CEO of NUNM. I hold a Doctor of Naturopathic Medicine (ND) degree and a Master of Science in Oriental Medicine (MSOM) from National University of Natural Medicine (formerly National College of Natural Medicine) in Portland, Oregon, as well as a Master of Nursing (MN) degree from Oregon Health & Science University. Prior to becoming President/CEO of NUNM in November 2020, I held a series of administrative and clinical leadership roles at NUNM, including Residency Program Director & Associate Dean of Naturopathic Medicine (2009-2012), Dean of Naturopathic Medicine (2012-2017), and Chief Medical Officer (2018-2020), while also serving as a Nurse Midwife with Kaiser Permanente (2017-2020).

2. My current job responsibilities as President/CEO include providing overall strategic and operational leadership for NUNM, including oversight of academic programs, fiscal management and budgeting, institutional and programmatic accreditation compliance, faculty and staff leadership, and representing NUNM to accrediting bodies, regulators, and the broader naturopathic medical education community.

3. I am above the age of eighteen and have personal knowledge of the facts set forth herein.

## I. <u>National University of Natural Medicine (NUNM)</u>

4. National University of Natural Medicine is a private, non-profit institution of higher education located in Portland Oregon.

5. NUNM is licensed by the State of Oregon and is institutionally accredited by NWCCU, an accrediting agency recognized by the U.S. Department of Education. After researching available options, in 2023 I applied for admission in the naturopathic medicine (ND) program at the National University of Natural Medicine (NUNM), and upon being accepted, I began the program in September, 2023.

**II. <u>The ND program at NUNM</u>**

6. Among other programs, NUNM offers a four-year, post-baccalaureate Doctor of Naturopathic Medicine (ND) program that prepares graduates for a national board examination and enables them to pursue licensure as a naturopathic doctor.

7. NUNM's ND program is accredited by the Council on Naturopathic Medical Education ("CNME"), a programmatic accrediting agency for naturopathic medical education programs recognized by the U.S. Department of Education.

8. NUNM maintains ongoing compliance with CNME accreditation standards through periodic review and continuous oversight..

9. The ND program is academically rigorous, requiring extensive coursework, clinical training, and the integration of scientific knowledge with patient-centered care across a broad range of health disciplines. The ND program provides 4,100 hours of total instruction, including over 1,200 hours of hands-on clinical training. This coursework includes core biomedical science courses comparable to those required in M.D. and D.O. programs, including medical physiology, clinical biochemistry, clinical anatomy with laboratory instruction, pathology, pharmacology, immunology, microbiology, and medical genetics, as well as clinical diagnosis and clinical reasoning coursework and diagnostic imaging. Students then complete clinical clerkship and internship rotations that ensure training across primary care and therapeutic specialties.

10. Students on approved leave of absences from the ND program are administratively coded as withdrawn in the system, but students remain eligible to return at any time within the one-year leave of absence period without reapplying.

11. Graduates of our ND program are eligible to sit for the Naturopathic Physicians Licensing Examination ("NPLEX"). The NPLEX is a comprehensive two-part national board examination that tests understanding of biomedical and clinical sciences, as well as diagnostic and therapeutic knowledge. Every jurisdiction in the United States that licenses naturopathic medical doctors for practice requires that the applicant pass the NPLEX.

12. Graduating from a four-year accredited naturopathic medicine program and passing the NPLEX are conditions of licensure to practice as a naturopathic doctor in 26 separate U.S. jurisdictions, including 23 states, the District of Columbia, Puerto Rico, and the U.S. Virgin Islands.

13. Upon passing the NPLEX, an individual is required to pass examinations specific to the jurisdiction in which they seek to obtain a license and practice as a naturopathic doctor. Naturopathic doctors are trained to be primary care providers who diagnose, treat, and manage care for patients suffering from acute and chronic conditions.

14. Graduates of the NUNM ND program currently are licensed naturopathic doctors in 26 U.S. jurisdictions.

15. Over the past 10 years, approximately 635 of ND program graduates have become licensed naturopathic doctors.

## III. <u>Title IV Student Loan Participation</u>

16. NUNM's ND program requires substantial financial investment. Annual tuition and fees for our ND program is approximately $28.9K for 4th year students and $41.9K for first year

students for the 2026-2027 academic year (which began on 6/29/26). Additional costs and expenses for student housing, books, and supplies range between $27.5K and $39K annually (depending on 9- or 12-month living expenses and including or excluding board exam years). Thus, the total annual cost of attendance for the 2026-2027 academic year is expected to be approximately $75K. The total cost of attendance to complete all four years of the ND program is approximately $148K in tuition and fees and $140K in personal and living expenses.

17. NUNM participates in federal Title IV financial aid programs, which allow eligible students to use federal student loans to help fund their education.

18. Federal Title IV Direct Loans are a primary source of educational financing for students enrolled in NUNM's ND program, and a significant percentage of our current students, approximately 70%, rely on Direct Loans to fund their education.

19. NUNM's default rate over the last decade is as follows and speaks to the consistent ability of our graduates to meet their payment obligations under their federal student loans:

| NUNM | 3 year official | Numerator | Denominator |
|---|---|---|---|
| FY22 | 0% | 0 | 149 |
| FY21 | 0% | 0 | 135 |
| FY20 | 0% | 0 | 166 |
| FY19 | 1% | 2 | 168 |
| FY18 | 2% | 3 | 173 |
| FY17 | 2% | 3 | 179 |
| FY16 | 0% | 0 | 172 |
| FY15 | 1% | 1 | 130 |
| FY14 | 2% | 2 | 109 |
| FY13 | 1% | 1 | 141 |

## IV. <u>The Harm Caused by the Final Rule</u>

20. Pursuant to the One Big Beautiful Bill Act (OBBB), beginning July 1, 2026, there are new annual and aggregate limits of Federal Direct Unsubsidized Loans that are available to "graduate students" and to "professional students."

21. Under OBBB, beginning July 1, 2026, the annual limit of Direct Unsubsidized Loans is $20,500 for graduate students, and $50,000 for professional students. The aggregate limit of Direct Unsubsidized Loans for graduate students is $100,000, and the aggregate limit for professional students is $200,000.

22. Pursuant to a new final rule issued by the U.S. Department of Education on May 1, 2026, effective July 1, 2026, new students in our ND program would not qualify as professional students on the basis that the Doctor of Naturopathic Medicine (ND) degree does not qualify as a "professional degree."

23. As a result, new students who enroll in our ND program on or after July 1, 2026 will be subject to a lower annual and aggregate Direct Unsubsidized Loan limit compared to "professional students" in "professional degree" programs. Specifically, students in our ND program can borrow $29,500 less per year, and $100,000 less in the aggregate, than students in a "professional degree" program.

24. Because of the lower "graduate degree" cap on Direct Unsubsidized Loans applied to ND programs, ND program enrollment is likely to decline because tuition and fees, and related expenses, exceed available financial aid options. This is already happening. Deposits for first-time, first-year students are down by approximately 40%.

25. Private loans are far less attractive than Direct Unsubsidized Loans to students because private loans typically carry higher interest rates and offer fewer borrower protections.

Unlike federal loans, private loans also often lack deferment options that allow graduates time to secure employment before payments are due. Repayment options for private loans are likely to be more limited and less flexible compared to federal loans. And private loans are also not eligible for all federal loan forgiveness programs. Many private loans also require a co-signor, and some of our students simply do not have one and thus are not able to obtain private loans.

26. Outside of federal student loans and private student loans, NUNM does not have a funding source available to cover the full cost of a student's education.

27. Several prospective students who were planning to enroll in NUNM's ND program for the upcoming fall quarter are unable to proceed with enrolling due to funding shortfalls caused by the Department's rejection of NDs as a professional degree, and the lower "graduate degree" loan limits now applied to NDs.

28. For example, we have heard anecdotally from our admissions department that a number of prospective students have decided not to pursue enrollment in our ND program because of the Department refusing to recognize NDs as a professional degree and the lower loan limits under the Department's rule. Despite having a clear enrollment plan and meeting necessary academic requirements, these students have been forced to defer or withdraw admission entirely due to a financing gap caused by the Department's rejection of NDs as a professional degree.

29. In addition, some students in our ND program who had enrolled prior to July 1, 2026 will not meet the qualifications to be "grandfathered" for the duration of their education, and thus are ineligible for the higher limits as of July 1, 2026, because of a prior gap in enrollment status, or because they did not borrow a federal student loan prior to July 1, 2026. However, these students need to borrow loans at the higher professional degree loan limits than the graduate degree

level to afford to finish their ND program. Some of these students cannot afford to finish their ND program without the higher professional degree loan limits.

30. In addition, some students in our ND program who had enrolled prior to July 1, 2026 will not meet the qualifications to be "grandfathered" for the duration of their education, and thus are ineligible for the higher limits as of July 1, 2026, because of a prior gap in enrollment status, or because they did not borrow a federal student loan prior to July 1, 2026. However, these students need to borrow loans at the higher professional degree loan limits than the graduate degree level to afford to finish their ND program. Some of these students cannot afford to finish their ND program without the higher professional degree loan limits.

31. In addition, some students in our ND program who had enrolled prior to July 1, 2026 will not meet the qualifications to be "grandfathered" for the duration of their education, and thus are ineligible for the higher limits as of July 1, 2026, because of a prior gap in enrollment status, or because they did not borrow a federal student loan prior to July 1, 2026. However, these students need to borrow loans at the higher professional degree loan limits than the graduate degree level to afford to finish their ND program. Some of these students cannot afford to finish their ND program without the higher professional degree loan limits.

32. In addition, some students in our ND program who had enrolled prior to July 1, 2026 will not meet the qualifications to be "grandfathered" for the duration of their education, and thus are ineligible for the higher limits as of July 1, 2026, because of a prior gap in enrollment status, or because they did not borrow a federal student loan prior to July 1, 2026. However, these students need to borrow loans at the higher professional degree loan limits than the graduate degree level to afford to finish their ND program. Some of these students cannot afford to finish their ND program without the higher professional degree loan limits.

**V. Membership in AANMC**

33. NUNM has been a member of the Association of Accredited Naturopathic Medical Colleges (AANMC) since 2001, and pays annual dues to AANMC. The amount of dues paid is based in part on the total student enrollment; if enrollment falls, the amount of dues owed to AANMC falls.

34. AANMC provides NUNM various services and benefits, including national and international representation, collaboration with accredited peer institutions, committee participation (including residency initiatives and the national residency match), professional development, and recruitment initiatives.

35. NUNM has also been annually contributing $6,000 to the American Association of Naturopathic Physicians (AANP). Enrollment declines lead to revenue declines, and those declines will cause NUNM to not be able to pay that amount to AANP, or any amount.

36. AANP provides NUNM various services and benefits in exchange for its annual financial contribution, including a designated seat on the AANP House of Delegates with a direct voice and vote on AANP's bylaws, position papers, and policy matters, national advocacy support for naturopathic medical practice and licensure, annual convention benefits including preferential scheduling for alumni receptions and discounted exhibit space, and opportunities for institutional representation in national governance and advocacy initiatives.

I, Melanie Henriksen Thompson, declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2026.

Melanie Henriksen, ND, LAc, CNM
President/CEO NUNM