# EXHIBIT 10

Declaration of Ariana Sorci
Current Student at National University of Health and Sciences

**Caleb Crahan** (OSB No. 226470)
ccrahan@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6477

**Ollie A. Cleveland, III** (*pro hac vice* forthcoming)
tcleveland@thompsoncoburn.com
**Brandt P. Hill** (*pro hac vice* forthcoming)
bhill@thompsoncoburn.com
**Lorrie L. Hargrove** (*pro hac vice* forthcoming)
lhargrove@thompsoncoburn.com
THOMPSON COBURN LLP
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
Telephone: (205) 769-4303

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| ASSOCIATION OF ACCREDITED NATUROPATHIC MEDICAL COLLEGES; AMERICAN ASSOCIATION OF NATUROPATHIC PHYSICIANS; and NATUROPATHIC MEDICAL STUDENT ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 3:26-cv-1599<br><br>**DECLARATION OF ARIANA SORCI, Current Student at National University of Health and Sciences**<br><br>**In Support of Plaintiffs' Motion for Preliminary Injunction** |

I, Ariana Sorci, declare as follows:

1. I am a current student in a naturopathic medicine doctoral degree program and have been planning to become a licensed naturopathic medical doctor following graduation. I am above the age of eighteen and have personal knowledge of the facts set forth herein.

2. I currently reside in Chicago, IL.

3. I previously earned a bachelor's degree in Nutritional Sciences at University of Wisconsin.

4. In 2024, I decided that I wanted to pursue a doctoral degree in naturopathic medicine, with the intent of becoming a licensing naturopathic medicine doctor.

5. I am pursuing naturopathic medicine because I wanted to treat the root cause of illness while empowering patients to take an active role in their health using evidenced based medicine.

6. After researching available options, in 2024 I applied for admission in the naturopathic medicine (ND) program at National University of Health and Sciences (NUHS), and upon being accepted, I began the program in September 2024. I have been continuously enrolled since then.

7. NUHS publicly describes the standalone Doctor of Naturopathic Medicine program as a ten-trimester program which is designed to be completed within 3.5 years, and the annual cost of attendance, including tuition, fees, and other related expenses, which well exceeds $20,500 per year and $100,000 in the aggregate. I have finished 6 trimesters of the program, and I have 6 left for completion.

8. For the first 6 trimesters of the ND program, I financed the cost of attendance for the ND program primarily using federal Direct Unsubsidized loans.

9. I understand that a new Department of Education regulation sets new limits on Direct Unsubsidized loans that graduate students and professional students can borrow, however. I further understand that as a student in the ND program, I would be considered a "graduate student" and would be subject to a lower cap on Direct Unsubsidized loans compared to "professional students."

10. I further understand that any students enrolled in a ND program as of June 30, 2026 and who had previously borrowed a federal Direct Loan prior to July 1, 2026, would continue to be eligible to borrow Direct Unsubsidized loans after July 1, 2026 at the pre-July 1, 2026 loan limits, for the expected period of time needed to complete the program and earn a degree, so long as the student remains continuously enrolled. Such students were "grandfathered" into the limits available to graduate and professional students prior to July 1, 2026, for the duration of the program.

11. However, I understand that the "grandfathering" provisions are limited to the original length of curriculum as published by the institution. NUHS' published curriculum is 10 terms, however they allow options to decelerate the curriculum to allow students to take fewer credits each term to allow for personal circumstances or to improve academic performance. This extends the length of time to complete the program. I opted for this flexibility so I would be able to work while attending school, and am on track to complete the curriculum in 12 terms instead of the published 10 terms. I have been advised by the Financial Aid Department that this "grandfathering" provision will end after 10 terms - 2 trimesters beyond the expected period of time needed to complete the programs.

12. Accordingly, I understand that I would not be able to finance the cost of my attendance in the ND program for at least the final 2 trimesters using Direct Unsubsidized loans,

and that I instead would need to at least partially rely on alternative sources of funding, such as private loans, to pay for the cost of my education.

13. I have researched private loan options but thus far I have not been able to find financing options with terms that are comparable to terms for Direct Unsubsidized loans.

14. For example, private loan companies have advised me that the interest rate on my loans would be much higher than for Direct Unsubsidized loans, and that they would require a co-signor, which I do not have.

15. Regrettably, unless circumstances change, I will not be able to afford to finish the program without the ability to borrow federal Direct Unsubsidized loans at the professional degree amounts.

16. If I cannot find other funding, I will need to withdraw my enrollment at National University of Health Sciences as a result and forgo my ND education and career goals of becoming a licensed naturopathic doctor. If I must withdraw, I would have approximately $117,000 in student loans without the ability to finish my degree to launch a career to repay these loans.

17. Since enrolling at National University of Health Sciences, I have been a member of both the Naturopathic Medical Student Association (NMSA) and the American Association of Naturopathic Physicians (AANP).

18. If I am forced to discontinue my enrollment, I would not intend to renew my membership when dues next become payable.

I, Ariana Sorci, declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24th, 2026.

Ariana Sorci