# EXHIBIT 12

Declaration of Alwana Thompson
Current Student at National University of Natural Medicine

**Caleb Crahan** (OSB No. 226470)
ccrahan@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6477

**Ollie A. Cleveland, III** (*pro hac vice* forthcoming)
tcleveland@thompsoncoburn.com
**Brandt P. Hill** (*pro hac vice* forthcoming)
bhill@thompsoncoburn.com
**Lorrie L. Hargrove** (*pro hac vice* forthcoming)
lhargrove@thompsoncoburn.com
THOMPSON COBURN LLP
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
Telephone: (205) 769-4303

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| ASSOCIATION OF ACCREDITED NATUROPATHIC MEDICAL COLLEGES; AMERICAN ASSOCIATION OF NATUROPATHIC PHYSICIANS; and NATUROPATHIC MEDICAL STUDENT ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 3:26-cv-1599<br><br>**DECLARATION OF ALAWNA THOMPSON, Current Student at National University of Natural Medicine**<br><br>**In Support of Plaintiffs' Motion for Preliminary Injunction** |

I, Alawna Thompson, declare as follows:

1. I have withdrawn from the naturopathic medicine doctoral degree program I had been attending, and had been planning to become a licensed naturopathic medical doctor following graduation. I am above the age of eighteen and have personal knowledge of the facts set forth herein.

2. I currently reside in Portland, Oregon.

3. I previously earned a bachelor's degree in Animal Science at University of California Davis.

4. In 2023, I decided that I wanted to pursue a doctoral degree in naturopathic medicine, with the intent of becoming a licensed naturopathic medicine doctor.

5. I was inspired to work with natural and alternative medicine after personally witnessing a gap in our current healthcare management practices.

6. After researching available options, in 2023 I applied for admission in the naturopathic medicine (ND) program at the National University of Natural Medicine (NUNM), and upon being accepted, I began the program in September, 2023.

7. The ND program is a four-year program with an annual cost of attendance, including tuition, fees, and other related expenses, well over $20,000 per year and over $100,000 in aggregate.

8. I understand that a new Department of Education regulation sets new limits on Direct Unsubsidized loans that graduate students and professional students can borrow, however. I further understand that as a student in the ND program, I would be considered a "graduate student" and would be subject to a lower cap on Direct Unsubsidized loans compared to "professional students."

9. I further understand that any students enrolled in an ND program as of June 30, 2026 and who had previously borrowed a federal Direct Loan prior to July 1, 2026, would continue to be eligible to borrow Direct Unsubsidized loans after July 1, 2026 at the pre-July 1, 2026 loan limits, for the expected period of time needed to complete the program and earn a degree, so long as the student remains continuously enrolled. Such students were "grandfathered" into the limits available to graduate and professional students prior to July 1, 2026, for the duration of the program.

10. However, I understand that I may not be eligible for this "grandfathering" option. NUNM's N.D. program is published as a 4-year program, but I opted to decelerate my academic load by electing to complete the program in 5 years. I had completed 2 of the 5 years, when I was also forced to withdraw take a leave of absence from the N.D. program on January 29, 2025 due to mental and physical health issues. I planned to return to NUNM in the Fall of 2026. This further extended the length of time expected to complete the program beyond the published curriculum. Therefore I do not qualify for this "grandfathering" provision.

11. Accordingly, I now understand that without professional degree loan limits I would not be able to finance a substantial portion of the cost of my attendance in the ND program for at least a portion of the remaining 3 years using Direct Unsubsidized loans, and that I instead would need to at least partially rely on alternative sources of funding. I do not have personal funds to make up the loan gap between graduate degree limits and professional degree limits.

12. I have researched private loan options but thus far I have not been able to find financing options with terms that are comparable to terms for Direct Unsubsidized loans.

13. Regrettably, without loans available at professional degree amounts I have made the difficult decision that I cannot return to NUNM to complete the N.D. program and as a result must forego my N.D. education.

14. I am a member of both the Naturopathic Medical Student Association (NMSA) and the American Association for Naturopathic Physicians (AANP).

15. If circumstances later change and I am able to obtain student loans at the "professional degree" loan limits to finance the remaining cost of the N.D. program, I would be able to afford finishing the N.D. program and would consider reenrolling in the N.D. program at NUNM.

I, Alawna Thompson, declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2026.

*Alawna Thompson*
Alawna Thompson